UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     CV 15-06300 DDP (RAOx)                              Dated: September 24, 2015

Title:     EAGLE VISTA EQUITIES, LLC -v- POK HEE KWON
==================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

    John A. Chambers                                  None Present
    Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                                  None

PROCEEDINGS:          MINUTE ORDER (IN CHAMBERS)


    **COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO REMAND CASE (DOCKET NUMBER 6) set for September 28, 2015 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.


MINUTES FORM 11                                                          Initials of Deputy Clerk: JAC
CIVIL -- GEN