# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 15-06300 DDP (RAOx) | Date | September 28, 2015 |
| Title | EAGLE VISTA EQUITIES, LLC -V- POK HEE KWON | | |

Present: The Honorable  DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: None Present

Attorneys Present for Defendants: None Present

Proceedings:  MINUTE ORDER (IN CHAMBERS)

Because the Court lacks subject matter jurisdiction, Plaintiff's Motion to Remand Removed Action is GRANTED.

: N / A

Initials of Preparer    JAC